## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL TRUSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.:2:26-cv-00473-CLM |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

**COMES NOW**, the Plaintiff, MICHAEL TRUSS, and Defendant, EQUIFAX INFORMATION SERVICES, LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate and agree that all claims in this action shall be and hereby are dismissed with prejudice, each party to bear their own costs.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff and Defendants respectfully request that this action be Dismissed in its entirety With Prejudice.

-1-

Respectfully submitted June 22, 2026.

Respectfully Submitted,

**John G. Watts (WAT056)**
**M. Stan Herring (HER037)**
Watts & Herring, LLC
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiff**

Joseph D. Steadman Jr., Esq.
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel. (251) 439-7534
Email: jsteadman@joneswalker.com

**Attorney for Defendants**